UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO MALDONADO SANCHEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> J. F. SALAZAR, WARDEN, ) <br> ) <br> Respondent. ) <br> _____) | Case No. CV 05-8955-MMM (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  December 31, 2007.


_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\SANCHEZ, J 8955\Judgment.wpd