FILE COPY

Priority ———
Send ✓
Enter ✓
Closed ———
JS-5/JS-6 ———
JS-2/JS-3 ———
Scan Only ———



FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO MALDONADO SANCHEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> J.F. SALAZAR, WARDEN, ) <br> ) <br> Respondent. ) | CASE NO. CV 05-8955-MMM (PJW) <br><br> ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: December 31, 2007.

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\SANCHEZ, J 8955\Order accep r&r.wpd