FILE COPY

Priority —
Send ✓
Enter ✓
Closed —
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO MALDONADO SANCHEZ, | Case No. CV 05-8955-MMM (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| J. F. SALAZAR, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 31, 2007.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\SANCHEZ, J 8955\Judgment.wpd